**Christopher J. Schatz, OSB No. 91509**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel:    (503) 326-2123**
**Fax:    (503) 326-5524**
**Email: Chris_Schatz@fd.org**
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 10-377-HA |
| Plaintiff, | *EX PARTE* APPLICATION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |
| vs. | |
| **EDWARD BARRINGTON WILLIAMS,** | |
| Defendant. | |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, Defendant Edward Barrington Williams, who is indigent, applies for an Order allowing Defendant to subpoena up to ten (10) witnesses, for purposes of provision of testimony and/or document production at motion, trial, or sentencing proceedings; costs and fees incurred to be paid as provided by 28 C.F.R. §§ 21.1 *et seq*.

Respectfully submitted this October 8, 2010.

*/s/ Christopher J. Schatz*
Christopher J. Schatz
Attorney for Defendant