IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    vs.<br><br>EDWARD BARRINGTON WILLIAMS,<br><br>                              Defendant. | CR 10-377-HA<br><br>*EX PARTE* ORDER FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |

The *Ex Parte* Application For Issuance of Subpoenas and Witness Fees at Government Expense of Defendant Edward Barrington Williams having come before the Court, and the Court having considered the same,

IT IS ORDERED that the clerk issue ten (10) subpoenas to Defendant's counsel as requested to be served on behalf of the Defendant at government expense, and that the costs and fees incurred by the process and for witness fees be paid as provided by 28 C.F.R. §§ 21.1 *et seq*.

DATED this _____ day of _____, 2010.

_____
The Honorable Ancer L. Haggerty
United States District Court Judge

Submitted by:

*/s/ Christopher J. Schatz*
Christopher J. Schatz
Attorney for Defendant

PAGE 1.   *EX PARTE* ORDER FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE