DWIGHT C. HOLTON, OSB #09054
District of Oregon
**KEMP L. STRICKLAND, OSB #96118**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
kemp.strickland@usdoj.gov
       Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 10-CR-377-HA |
| v. | **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER** |
| **EDWARD BARRINGTON WILLIAMS** and **SHAWNTAY RENEE WILSON,** | |
| Defendants. | |

     The government has consulted with Chris Schatz, Assistant Federal Defender and Andrew Bates, Attorneys for defendants Williams and Wilson respectively.  Both have agreed to an order protecting the discovery provided by the government in this case.  Accordingly, The United States of America hereby moves for an order pursuant to Rule 16(d)(1), Fed. R. Crim. P. and the privacy protection measures mandated by 18 U.S.C. § 3509(d), to preclude the defendant from copying, displaying or distributing any of the discovery provided in this case.

     Dated this 14th day of October 2010.

                                            Respectfully submitted,

                                            DWIGHT C. HOLTON
                                            Acting United States Attorney

                                             *s/ Kemp L. Strickland*
                                            KEMP L. STRICKLAND, OSB #96118
                                            Assistant United States Attorney